

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Ara Eric Hunanyan<br>16925 Gault Street<br>Van Nuys, CA 91406<br><br><br><br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY<br><br>FILED<br>JUN 29 2021<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                      Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY**

| In re:<br><br>Ara Eric Hunanyan<br><br><br><br>Debtor(s). | CASE NO.: 1:21-bk-10079-MT<br><br>CHAPTER: 7<br><br><br><br>ADVERSARY NUMBER: 1:21-ap-01036-MT |
|---|---|
| Ara Eric Hunanyan<br><br>                              Plaintiff(s)<br>Versus<br><br>Lisa Rosenthal<br><br>**(See Attachment A for names of additional defendants)**<br>                              Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **07/28/2021.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
        Date:                  **September 1, 2021**
        Time:                  **11:00 AM**
        Hearing Judge:     **Maureen Tighe**
        Location:              **21041 Burbank Blvd, Crtrm 302, Woodland Hills, CA 91367**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 1                    **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                                       **KATHLEEN J. CAMPBELL**
                                                       **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: __June 28, 2021__

                                                 By: _____"s/" Liliana Fisher_____
                                                            Deputy Clerk



---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                   Page 2                               **F 7004-1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Ara Eric Hunanyan | Lisa Rosenthal<br>Hovik Meguerian<br>Lucy Meguerian |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My home address is:
18530 HATTERAS ST, #203, TARZANA, CA 91356

A true and correct copy of the foregoing document entitled (*specify* a)COMPLAINT FOR:
  1)OBJECTION TO PROOF OF CLAIM #4;
  2)AVOIDANCE AND RECOVERY OF PREFERENTIAL FRAUDULENT TRANSFER OF PROPERTY
  3)AVOIDANCE OF LIEN ON SHERMAN WAY PROPERTY IN THE AMOUNT OF $130,700
b) NOTICE-Requirement of compliance FRBR7026, c) CHIEF JUDGE MAUREEN TIGHE'S STATUS CONFERENCE INSTRUCTIONS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 6/29/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

LISA ROSENTHAL, HOVIK MEGUERIAN, LUCY MEGUERIAN
6016 FALLBROOK AVE, #101, WOODLAND HILLS, CA91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

06/29/2021    AELITA LAZAR                                    *[signature]*
Date          Printed Name                                     Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-3.1.PROOF.SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and a party to this bankruptcy case or adversary proceeding. My home address is:
16925 GAULT ST, VAN NUYS, CA 91406

A true and correct copy of the foregoing document entitled (*specify* a)COMPLAINT FOR:
  1)OBJECTION TO PROOF OF CLAIM #4;
  2)AVOIDANCE AND RECOVERY OF PREFERENTIAL FRAUDULENT TRANSFER OF PROPERTY
  3)AVOIDANCE OF LIEN ON SHERMAN WAY PROPERTY IN THE AMOUNT OF $130,700
b) NOTICE-Requirement of compliance FRBR7026, c) CHIEF JUDGE MAUREEN TIGHE'S STATUS CONFERENCE INSTRUCTIONS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 6/29/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 06/29/2021 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

lisa@valleylawoffice.com,

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 06/29/2022 | ARA ERIC HUNANYAN | /s/ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE

## NOTICE

PLEASE TAKE A NOTICE that compliance with FRBR 7026 is required.

ARA ERIC HUNANYAN          Plaintiff

## CHIEF JUDGE MAUREEN TIGHE'S STATUS CONFERENCE INSTRUCTIONS

1. A copy of these instructions must be attached to the copy of the complaint served upon each party, and the proof of service must state that these instructions, as well as a copy of the summons and complaint, was served.

2. Plaintiff must serve, with the summons and complaint, a notice in compliance with Local Bankruptcy Rule 7026-1(a)(1). Plaintiff must also file proof of service of the notice with proof of service of the summons and complaint as required by Local Bankruptcy Rule 7026-1(a)(2).

3. Counsel for the parties **MUST TIMELY MEET TO DISCUSS SETTLEMENT AND TO EXCHANGE DOCUMENTS, OTHER EVIDENCE AND LISTS OF WITNESSES AND PRELIMINARY DISCOVERY SCHEDULES AS PROVIDED IN FED. R. BANKR. P. 7026.**

4. Pursuant to Local Bankruptcy Rule 7016-1(a)(2), all parties must file a Joint Status Report at least fourteen (14) days before the date set for each status conference. The Joint Status Report should be in a form substantially similar to Local Form 7016-1.1, which can be found on the Court's website https://www.cacb.uscourts.gov/forms/local_bankruptcy_rules_forms. Failure to file such a Joint Status Report may result in the imposition of monetary sanctions and/or the status conference being continued and parties being ordered to redo the status report to conform to Exhibit A. If cooperation in the filing of a Joint Status Report cannot reasonably be obtained, each appearing party must file a Unilateral Status Report and Declaration which comply with Local Bankruptcy Rule 7016-1(a)(3).

5. If a response to the complaint is not timely filed:

    A. The plaintiff should file a request for entry of default by the clerk. The plaintiff also should request entry of a default judgment by filing and serving (if necessary) an appropriate motion; see Fed. R. Bankr. P. 7055 and Local Bankruptcy Rule 7055-1(b);

    AND

    B. No later than seven (7) days prior to the status conference, each appearing party must file a Status Report as required by Local Bankruptcy Rule 7016-1(a).

6. If the parties dispute whether the adversary proceeding is "core" within the meaning of 28 U.S.C. § 157(b), they must file points and authorities in support of their positions. Any party who contends that the proceeding is "non-core" must file and serve a memorandum of points and authorities and evidence in support of his/her/its position no less than fourteen (14) days before the status conference. Any response must be filed at least seven (7) days before the status conference. **If a party does not timely file and serve his/her/its papers, that failure may be deemed a consent to whatever determination the Court makes.**

7. Any party claiming a right to trial by jury must make a timely demand as set forth in Local Bankruptcy Rule 9015-2. If the parties dispute whether a party has a right to a jury trial, they must file points and authorities in support of their positions. Any party who contends that he/she/it has a right to a jury trial must file and serve a memorandum of points and authorities and

evidence in support of his/her/its position no less than fourteen (14) days before the status conference. Any response must be filed at least seven (7) days before the status conference. **If a party does not timely file and serve his/her/its papers, that failure may be deemed a consent to whatever determination the Court makes.**

8. **UNTIL FURTHER NOTICE, counsel for each party and any party who does not have counsel must appear in person via ZoomGov at the first status conference, unless JUDGE TIGHE has authorized an in-person appearance for the adversary proceeding at issue.** With respect to subsequent status conferences, counsel for each party and any party who does not have counsel may appear by remotely via ZoomGov in accordance with Judge Tighe's remote hearing procedures, which can be accessed on the Court's website at https://www.cacb.uscourts.gov/sites/cacb/files/documents/judges/instructions/MT_Remote_Notice_and_Procedures.pdf. If a party has questions about these procedures or cannot locate them on the Court's website, the party may contact Judge Tighe's Courtroom Deputy, Emma Gonzalez, at (818) 587-2832. **The counsel who is handling the case must appear, not appearance counsel.** Any attorney appearing at a subsequent status conference or pretrial hearing must know the entire history of the case.

9. Unless otherwise ordered by the Court, within seven (7) court days after the status conference, the plaintiff must submit a Scheduling Order which complies with Local Bankruptcy Rule 7016-1(a)(4).

10. Extensions of time to respond to a pleading are ineffective by stipulation of the parties unless approved by the Court. The Court is likely to deny requests to extend the response deadline to a date within five (5) days of the hearing date unless the hearing date is continued to a date which permits the Court adequate time to consider the pleadings. The Court will not grant a request to continue a hearing unless the request states adequate cause for the continuance.

11. Failure to comply with these instructions may subject the responsible party to a sanction of $150, or such other sanctions as may be warranted under the circumstances or allowed under Local Bankruptcy Rule 7016-1(f).

12. Failure of counsel for any party to appear at a status conference may be considered an abandonment or failure to prosecute or defend diligently and may result in dismissal of the proceeding or judgment entered against the defaulting party without further hearing, or such other sanctions as may be warranted under the circumstances or allowed under Local Bankruptcy Rule 7016-1(g).

Hon. Maureen Tighe
United States Bankruptcy Judge

(Revised 11/2/2020)